AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MONICA MAUREEN WILLIAMS<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.  15-29-FJL<br>)<br>)<br>) |

FILED by _____ D.C.

**MAR 09 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 17, 2015 _____ in the county of ____ Indian River ____ in the ____ Southern ____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8U.S.C. §1326(a) and (b)(2) | |
| | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

❐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hanson Deportation Officer, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 9, 2015

_____
*Judge's signature*

City and state:          Fort Pierce, Florida

Frank J. Lynch, Jr., U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF MATTHEW HANSON**
**IMMIGRATION CUSTOMS & ENFORCEMENT**
**DEPARTMENT OF HOMELAND SECURITY**
**ENFORCEMENT AND REMOVAL OPERATIONS**

I, Matthew Hanson, being duly sworn, depose and state that:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over four years. I am currently assigned to the Enforcement and Removal Operations, Fugitive Operations Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause.

3. On or about January 16, 2015, I received a Homeland Security Egregious Public Safety report referral stating that Monica Maureen Williams (also known as Marcia Maureen Fray and Marcia Maureen Hoilett) was located in Indian River County, in the Southern District of Florida, after previously being deported. This information was generated after Monica Maureen Williams, using the alias Marcia Maureen Hoilett, with a maiden name of Marcia Maureen Fray, was identified attempting to become a Naturalized United States citizen.

4. On January 16, 2015, I received the Immigration file corresponding to Monica Maureen Williams. The records located under the Immigration file confirm that Monica Maureen Williams is a native and citizen of Jamaica.

5. Alien File # xxxxxx518 records show that on or about February 23, 1988, Monica Maureen Williams was ordered removed from the United States. A Warrant of Deportation (Form I-205) was executed on February 24, 1988, and Monica Maureen Williams was removed from the United

1

States to Jamaica. Prior to being removed, law enforcement obtained Monica Maureen Williams's fingerprint on the Warrant of Deportation.

6.    A further review of the Alien File # xxxxxx518 records shows that, before her deportation, on August 17, 1987, Monica Maureen Williams was convicted, in the Eleventh Judicial Circuit, in and for Miami, Florida, of Trafficking in Cocaine, Case Number 87-17597.

7.    On April 19, 1988, according to Alien File # xxxxxx507 records, using the alias Marcia Maureen Fray, Monica Maureen Williams applied for a Naturalization Services Application for Temporary Residence Special Agricultural Worker, Immigration and Naturalization Services, Department of Justice Form I-700. Submitted with that form, was a birth certificate in the name of Marcia Maureen Fray.

8.    On May 30, 1990, according to Alien File # xxxxxx507 records, using the alias Marcia Maureen Fray, Monica Maureen Williams applied for a marriage certificate, resulting in the name change and alias, Marcia Maureen Hoilett.

9.    On September 28, 1992, according to Alien File # xxxxxx507 records, using the alias Marcia Maureen Hoilett, Monica Maureen Williams applied for legal permanent resident status, and submitted an Immigration and Naturalization Services, Department of Justice Form I-90 using that alias.

10.    After living under that alias, for over 20 years, on November 3, 2014, according to Alien File # xxxxxx507 records, Monica Maureen Williams, using the alias Marcia Maureen Hoilett, applied to become a Naturalized United States Citizen, and submitted a Department of Homeland Security form N-400, along with a set of fingerprints.

11.    The Alien File # xxxxxx507 fingerprints were entered into NCIC, and were ultimately linked to the prior Alien File # xxxxxx518 records, indicating her identity, conviction, and prior deportation.

12.    I conducted a query through the database system known as CLAIMS (Computer Linked Application Information Management System). This catalog device was utilized to

2

confirm whether or not any application, petition, and or request was made and acknowledged on behalf of Monica Maureen Williams to reenter the United States legally, after February 24, 1998. The results of these records search confirm that, after a diligent search, no record was found to exist indicating that Monica Maureen Williams had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for readmission into the United States, as required by law.

13. The fingerprints of Monica Maureen Williams, taken by law enforcement, on the Warrant of Deportation (Form I-205), executed on February 24, 1988 and found in Alien File # xxxxxx518 records, were compared to the following fingerprints by Diane Crowther, Certified Latent Fingerprint Examiner, Martin County Sheriff's Office, Stuart, Florida:

- the fingerprints, dated August 17, 1987, located on the certified Judgment and Conviction record of Trafficking in Cocaine, Case Number 87-17597, under Alien File # xxxxxx518 records;

- the fingerprints, dated April 19, 1988, using the alias Marcia Maureen Fray, submitted in conjunction with Naturalization Services Application for Temporary Residence Special Agricultural Worker, Immigration and Naturalization Services, Department of Justice Form I-700, in Alien File # xxxxxx507 records.

Diane Crowther, determined that they were from the same individual.

14. On February 17, 2015, I went to 2516 12th Square SW, Vero Beach, Indian River County, Florida, the purported residence of Monica Maureen Williams aka Marcia Maureen Fray and Marcia Maureen Hoilett, listed on the submitted Department of Homeland Security Form N-400, in order to conduct surveillance. There, I saw a black female, who I recognized from Marcia M. Hoilett's, Florida DAVID Motor Vehicle record photos, along with the most recent photo submitted with Marcia Maureen Hoilett's, November 3, 2014, Department of Homeland Security Form N-400.

3

15.  Based on the foregoing, I believe there exists sufficient probable cause to charge Monica Maureen Williams with violating Title 8, U.S.C., Sections 1326(a) and (b)(2).

Further your affiant sayeth naught.

_____
Matthew Hanson Deportation Officer
Immigration and Customs Enforcement


Sworn and subscribed to before me this ___9th___ day    of March, 2015 in Fort Pierce, Florida.

_____
Frank J. Lynch, Jr.
United States Magistrate Judge

4